PAUL J. FINK, as Administrator, etc., of AUDREY FINK, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MARY GRAEF, Respondent, v. ARTHUR GRAEF, Appellant.— Motion for stay granted as to the alimony directed to be paid prior to the date of the order appealed from upon condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety conditioned for the payment of counsel fee and of alimony that has accrued between May 23, 1931, and October 23, 1931, if said order be affirmed in whole or in part, and upon the further condition that, pending the determination of the appeal, appellant pay the alimony from October 23, 1931; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HENRIETTA GRENNAN, Respondent, v. FRANKLIN A. COLES and FRANK AUSTIN, as Executors, etc., of HELENE FOSS, and Others, Appellants.— Motion to extend time granted upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder and Davis, JJ.; Hagarty, J., taking no part.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Land, etc., Extending from Jacob Riis Park to Beach Second Street, in Far Rockaway, Queens County, N. Y. FRED M. AHERN, Permanent Receiver of OSTEND BATHS, INC., Appellant; TRUST COMPANY OF NORTH AMERICA and ELIZABETH C. BARTON, Respondents, and Others, Claimants.— Motion for leave to intervene and to file brief granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made for Parcels Nos. 155 and 156 on the Damage Map and in the Final Decree of the Supreme Court for Damage and Benefit in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of New York. PAULINE S. SPARROW, Appellant.— Motion to vacate order of November 2, 1931, denied. Said order is amended so as to extend time for appellant to perfect the appeal until the January, 1932, term. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made for Parcels Nos. 30 and 34 on the Damage Map and in the Final Report of the Commissioners of Estimate and Commissioner of Assessment in the Proceeding to Acquire Title to Deleplaine Street, etc., in the Borough of Brooklyn, City of New York. PAULINE S. SPARROW, Appellant.— Motion to vacate order of November 2, 1931, denied. Said order is amended so as to extend the time for appellant to perfect the appeal until the January, 1932, term. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of MARY REILLY, Deceased.— Motion to extend time granted upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell. Scudder and Davis, JJ.